*Memorandum*

| Subj:<br>UNITED STATES v. JANETH BREWER, | Date:<br>August 4, 2011   CR11  0762 |
|---|---|

To:  TERRY NAFISI                          From:  PAUL G. STERN  *PG-S*
     Clerk, United States District Court          Assistant United States Attorney
     Central District of California                Criminal Division

The accompanying matter being filed on 8/5/2011,

_____ relates to       __x__ does not relate to

(1) a matter pending in the Criminal Division of the USAO at any time between October 2002 and October 5, 2003, the dates during which Jacqueline Chooljian was Chief of the Criminal Division in the USAO; (2) a matter pending in the Major Frauds Section of the USAO at any time between October 5, 2003 and January 6, 2006, the date on which Jacqueline Chooljian resigned her appointment in the USAO; or (3) a matter in which Jacqueline Chooljian was personally involved or on which she was personally consulted while employed in the USAO.

_____ relates to       __x__ does not relate to

a matter in which Patrick J. Walsh was personally involved or on which he was personally consulted while employed in the USAO.

_____ relates to       __x__ does not relate to

(1) a matter pending in the Riverside Branch of the USAO at any time between October 2, 2006 and April 4, 2011, the dates spanning the date when Sheri Pym became the Chief of the Riverside Branch of the USAO and the date when she resigned her appointment in the USAO; or (2) a matter in which Sheri Pym was personally involved or on which she was personally consulted while employed in the USAO.

__x__ relates to       _____ does not relate to

(1) a matter pending in the Major Frauds Section of the USAO at any time between May 8, 2009 an March 31, 2011, the dates spanning the date when Michael Wilner became a Deputy Chief of the Major Frauds Section of the USAO and the date when he resigned his appointment in the USAO; or (2) a matter in which Michael Wilner was personally involved or on which he was personally consulted while employed in the USAO.

PAUL G. STERN
Assistant United States Attorney