FILED
SEP 12 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | CR 11-762 |
| v. | |
| Janeth Brewer DEFENDANT(S). | DESIGNATION AND APPEARANCE OF COUNSEL |

## DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint RICHARD NAHIGIA ~~Janeth Brewer~~_____, Esquire, as my attorney to appear for me throughout all proceedings in this case.

Date: Sept. 12, 2011

Defendant's Signature: [signature]

City and State: Los Angeles CA

## APPEARANCE OF COUNSEL

I, Richard NAHIGIAN, Attorney at law duly admitted to practice before the United States District Court for the Central District of California, hereby consent to my designation and appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

Date: Sept. 12, 2011

Attorney's Signature: Richard Nahig[ian]

California State Bar Number: 045675

Street Address: 1122 E. Green St

City, State, Zip Code: Pasadena CA 91106

Telephone Number: 626 683-399

Fax Number: 045675 (BAR #)

FAX: 626 796-2554

E-mail Address: nahigian@yahoo.com

CR-14 (01/07)      DESIGNATION AND APPEARANCE OF COUNSEL