# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - CHANGE OF PLEA

Case No.: _____    Date: _____

Present: The Honorable _____, ☐ District Judge / ☐ Magistrate Judge

| _Relief_ Deputy Clerk | Court Reporter | Interpreter | Assistant U.S. Attorney |
|---|---|---|---|

**USA v. DEFENDANT(S) PRESENT**                    **ATTORNEYS PRESENT FOR DEFENDANTS**

_____                    _____
☐ Custody   ☐ Bond   ☐ O/R                         ☐ Appointed   ☐ Retained

_____                    _____
☐ Custody   ☐ Bond   ☐ O/R                         ☐ Appointed   ☐ Retained

_____                    _____
☐ Custody   ☐ Bond   ☐ O/R                         ☐ Appointed   ☐ Retained

_____                    _____
☐ Custody   ☐ Bond   ☐ O/R                         ☐ Appointed   ☐ Retained

_____                    _____
☐ Custody   ☐ Bond   ☐ O/R                         ☐ Appointed   ☐ Retained

**PROCEEDINGS:** _____

☐ Defendant moves to ~~change~~ plea to the
☐ Defendant now enters a new and different plea of Guilty to Count(s) _____ of the

☐ The Court questions the defendant regarding plea of Guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered
☐ The Court refers the defendant to the Probation Office for investigation and report and continues the matter to _____ for sentencing.
☐ The Court vacates the court and/or jury trial date.
☐ The pretrial conference set for _____ is off calendar as to defendant _____ .
☐ Court orders:




☐ Other:



                                                                                    _____  :  _____
                                                                                    Initials of Deputy Clerk  _____

cc:  *Probation Office*

CR-08 (09/09)                              **CRIMINAL MINUTES - CHANGE OF PLEA**