ANDRE BIROTTÉ JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
PAUL G. STERN (CA Bar No. 162734)
Assistant United States Attorney
Senior Litigation Counsel, Major Frauds Section
    312 North Spring Street, 11th Floor
    Los Angeles, California 90012
    Phone:  (213) 894-0715
    FAX:    (213) 894-6269
    e-mail: paul.stern@usdoj.gov
Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 11-762-PSG |
|---|---|
| Plaintiff, | ) <u>GOVERNMENT'S RESPONSE TO PRE-SENTENCE REPORT</u> |
| v. | ) |
| JANETH BREWER, | ) |
| Defendant. | ) |

    Plaintiff United States of America, by and through its counsel of record, hereby submits its Response to the Pre-

/ /

/ /

Sentence Report of the United States Probation Office in the above-entitled matter.

January 30, 2012                    Respectfully submitted,

                                    ANDRÉ BIROTTE JR.
                                    United States Attorney

                                    ROBERT E. DUGDALE
                                    Assistant United States Attorney
                                    Chief, Criminal Division

                                    _____/s/_____
                                    PAUL G. STERN
                                    Assistant United States Attorney
                                    Senior Litigation Counsel, Major
                                    Frauds Section

                                       Attorneys for Plaintiff
                                       United States of America

## GOVERNMENT'S RESPONSE TO PRESENTENCE REPORT

The government concurs with the factual findings and guidelines analysis set forth in the Pre-Sentence Report prepared by the United States Probation Office for defendant Janeth Brewer.

# CERTIFICATE OF SERVICE

I, **YENI GOMEZ,** declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of: **GOVERNMENT'S RESPONSE TO PRE-SENTENCE REPORT**

**service was:**

[X] Placed in a closed envelope, for collection and interoffice delivery addressed as follows:

[ ] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

[ ] By hand delivery addressed as follows:

[ ] By facsimile as follows:

[ ] By email as follows:

[ ] By federal express as follows:

**Maytee Zendejas**
**U.S. Probation Office**
**312 N. Spring St.**
**7th Floor**
**Los Angeles, CA 90012**

This Certificate is executed on January 30, 2012 at Los Angeles, California.
I certify under penalty of perjury that the foregoing is true and correct.

_____
YENI GOMEZ