Paul G. Stern (Cal. Bar No. 162734)
Assistant United States Attorney
United States Attorney's Office
312 N. Spring Street, 11th Floor
Los Angeles, CA 90012

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR No. 11-762-PSG |
| v. | |
| JANETH BREWER | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: (**List Documents**)

(1) GOVERNMENT'S EX PARTE APPLICATION FOR ORDER SEALING DOCUMENTS; DECLARATION OF PAUL G. STERN [UNDER SEAL];
(2) [PROPOSED] ORDER SEALING DOCUMENTS;
(3) CRIMINAL DOCUMENT FILED UNDER SEAL;

**Reason:**

☑ Under Seal and/or In Camera

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated: _____

☐ Administrative Record

☐ Other:

| August 12, 2014 | /s/ Paul G. Stern |
|---|---|
| Date | Attorney Name |
| | United States of America |
| | Party Represented |

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*