

STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
PAUL STERN (Cal. Bar No. 162734)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-0715
    Facsimile:  (213) 894-6269
    E-mail:    paul.stern@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT

AUG 13 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

LODGED

'14 AUG 12 PM 3:
CLERK U.S. DISTRICT C...
...TRAL DIST... ...
LOS ANGELES

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 11-762-PSG |
|---|---|
| Plaintiff, | CRIMINAL DOCUMENT FILED UNDER SEAL |
| v. | (UNDER SEAL) |
| JANETH BREWER, | |
| Defendant. | |

//
//
//
//
//
//
//
//
//
//

ORIGINAL

1  STEPHANIE YONEKURA
   Acting United States Attorney
2  ROBERT E. DUGDALE
   Assistant United States Attorney
3  Chief, Criminal Division
   PAUL STERN (Cal. Bar No. 162734)
4  Assistant United States Attorney
   Major Frauds Section
5       1100 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone:  (213) 894-0715
7       Facsimile:  (213) 894-6269
        E-mail:     paul.stern@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10

                    UNITED STATES DISTRICT COURT
11
            FOR THE CENTRAL DISTRICT OF CALIFORNIA
12

13  UNITED STATES OF AMERICA,          No. CR 11-762-PSG

14          Plaintiff,                 CRIMINAL DOCUMENT FILED UNDER SEAL

15              v.                     (UNDER SEAL)

16  JANETH BREWER,

17          Defendant.

18

19  //

20  //

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28  //

FILED
CLERK, U.S. DISTRICT COURT

AUG 1 3 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
PAUL G. STERN (Cal. State Bar No. 162734)
Assistant United States Attorney
Senior Litigation Counsel
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-0715
     Facsimile   (213) 894-6269
     E-mail:paul.stern@usdoj.gov
Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR No. 11-762-PSG |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER SEALING DOCUMENTS |
| v. | ) | |
| JANETH BREWER, | ) | |
| Defendant. | ) | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's ex parte application for sealed filing is GRANTED.  The documents sought to be filed under seal and the government's ex parte application for sealed filing shall both be filed under seal.

DATED: August 13, 2014

HON. PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

**OR IN CASE OF DENIAL:**

The government's application for sealed filing is DENIED. The sealing application will be filed under seal.  The underlying document shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

DATED: August __, 2014

_____
HON. PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

2

1

## CERTIFICATE OF SERVICE

2         I, **YENI GOMEZ**, declare:

3         That I am a citizen of the United States and a resident of or
4    employed in Los Angeles County, California; that my business address
     is the Office of United States Attorney, 312 North Spring Street,
5    Los Angeles, California 90012; that I am over the age of 18; and
     that I am not a party to the above-titled action;
6         That I am employed by the United States Attorney for the
     Central District of California, who is a member of the Bar of the
7    United States District Court for the Central District of California,
     at whose direction the service by mail described in this Certificate
8    was made; that on **August 12, 2014** I deposited in the United States
9    mail at the United States Courthouse in the above-titled action, in
     an envelope bearing the requisite postage, a copy of: **[PROPOSED]**
10   **ORDER SEALING DOCUMENTS**

11   service was:

12   ☒ Placed in a closed envelope          ☐ Placed in a sealed envelope
        for collection and inter-              for collection and mailing via
13      office delivery, addressed as          United States mail, addressed
        follows:                               as follows:
14

15   ☐ By hand delivery, addressed as       ☐ By facsimile, as follows:
        follows:
16
     ☐ By messenger, as follows:           ☐ By electronic mail, as
17                                             follows:

18   **Maytee Zendejas**
     **U.S. Probation Office**
19   **21041 Burbank Blvd., Suite 200**
     **Woodland Hills, CA 91367-6606**
20

21   at their last known address, at which place there is a delivery
22   service by United States mail.

23
          This Certificate is executed on **August 12, 2014** at Los Angeles,
24   California.  I certify under penalty of perjury that the foregoing
     is true and correct.
25

26                                          _____
                                            Yeni Gomez
27                                          Legal Assistant

28