RICHARD E. NAHIGIAN (SBN 45675)
Attorney at Law
1122 East Green Street
Pasadena, California 91106
Telephone: (626) 683-3991
Facsimile: (626) 796-2554

Attorney for Defendant
JANETH BREWER

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | CASE NO.: CR11-762-PSG |
| Plaintiff, | DEFENDANT'S SENTENCING MEMORANDUM |
| v. | |
| JANETH BREWER, | Date: August 25, 2014<br>Time: 10:00 A.M. |
| Defendant. | Dept.: Courtroom of the HONORABLE PHILIP S. GUTIERREZ, UNITED STATES DISTRICT COURT JUDGE |

Defendant Janeth Brewer hereby presents her sentencing memorandum. Probation has concluded that the final guideline calculation is a level 19 criminal history 1 resulting in a sentencing ranging of 30-37 months and has recommended the low end of 30 months.

The defendant has reviewed the sentencing memorandum of the Assistant United States Attorney and requests an additional two level departure resulting in a final guideline offense range 11 with a sentencing options from 8 to 14 months, and seeking the low end of 8 months as a sentence. Several of the reasons have already been included in the presentence report and in the government's memorandum however we are also asking the court to consider other factors under §18U.S.C. 3553(a) to arrive at a final offense level of 11. We believe that the suggested offense level would afford adequate deterrence for future criminal conduct and protect the public from

1

DEFENDANT'S SENTENCING MEMORANDUM

further crimes of the defendant.

The defendant also cares for her two daughters and her niece and nephews and has a full time job. The sentence that we are seeking would assist her in making restitution payments as per the order. We are in accord with the restitution amounts suggested by the Probation Department and by the Assistant United States Attorney.

If the court seeks to adopt our sentencing recommendations then according to the sentencing table of the United States Sentencing Guidelines, the defendant would have an offense level of 11, criminal category 1, and a sentencing range of 8-14 months. Pursuant to the guideline manuals section §5C1.1 the imposition of the term of imprisonment can be satisfied under Zone B of the sentencing table by a sentence of §5C1.1(c)(2) "a sentence of imprisonment that includes a term of supervised release with a condition that substitutes community confinement or home detention according to the schedule in subsection e provided that at least 1 month is satisfied by imprisonment".

Since criminal history 11 falls within Zone B of the sentencing guidelines, that particular section would be applicable to the defendant's case. Therefore we are requesting the court to rule that defendant serve 1 month by imprisonment and the balance of her sentence at home detention according to the schedule in subsection e.

DATED: August 21, 2014             Respectfully submitted,

_Richard Nahigian_
RICHARD E. NAHIGIAN
Attorney for Defendant
JANETH BREWER

2

DEFENDANT'S SENTENCING MEMORANDUM