# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

cc:USPO

( ___ Amended _____ )

| | | |
|---|---|---|
| Case No. | CR 11-762-PSG | Date __August 25, 2014__ |

Present: The Honorable __PHILIP S. GUTIERREZ__

| WENDY HERNANDEZ | MAREA WOOLRICH | PAUL STERN |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd. | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| JANETH BREWER | ☐ | X | RICHARD NAHIGIAN | X | ☐ | ☐ | NONE |

**PROCEEDINGS:** **SENTENCING AND JUDGMENT HEARING** ☐ **Contested** ☐ **Non-Evidentiary**

___ Day ___ **(if continued from a prior hearing date)**

____ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto. __X__ Refer to separate Judgment Order.

____ Imprisonment for __Years/months__ on each of counts

____ Count(s) _____ concurrent/consecutive to count(s) _____ _____

____ Fine of $_____ is imposed on each of count(s) concurrent/consecutive.

____ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____

____ Confined in jail-type institution for _____ to be served on consecutive days/weekends

commencing _____

____ years/months Supervised Release/Probation imposed on count(s) _____

consecutive/concurrent to count(s) _____

under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:

____ Perform _____ hours of community service.

____ Serve _____ in a CCC/CTC.

____ Pay $_____ fine amounts & times determined by P/O.

____ Make $_____ restitution in amounts & times determined by P/O.

____ Participate in a program for treatment of narcotic/alcohol addiction.

Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.

____ Other conditions:

____ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.

____ Pay $_____ per count, special assessment to the United States for a total of $_____

____ Imprisonment for __months/years__ and for a study pursuant to 18 USC _____

with results to be furnished to the Court within __days/months__ whereupon the sentence shall be subject to modification. This matter is set for further hearing on _____

____ On Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.

_X_ Defendant informed of right to appeal.

_X_ ORDER sentencing transcript for Sentencing Commission. __X__ Processed statement of reasons.

____ Bond exonerated ____ upon surrender ____ upon service of _____

____ Execution of sentence is stayed until 12 noon,

at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.

____ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.

____ Issued Remand/Release # _____

____ Present bond to continue as bond on appeal.

____ Appeal bond set at $_____

_X_ Filed and distributed judgment. ENTERED.

_X_ Other __Government's motion for downward departure pursuant to 5K1.1 is granted__

_____ : ____ 19 ____

Initials of Deputy Clerk __wkh__